# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH DAKOTA
## CENTRAL DIVISION

---

### Daneta Wollmann United States Magistrate Judge Presiding

---

Courtroom Deputy - SC                              Court Reporter – FTR
Courtroom - RC #2                                  Date: May 21, 2025
U.S. Probation Officer – Not Present

---

### 3:25-cr-30010-01 & 3:13-cr-30175-01

---

| | |
|---|---|
| United States of America | Paige Petersen |
| Plaintiff, | |
| vs. | |
| William Mexican | Paul Winter |
| Defendant. | |

---

TIME HEARING SCHEDULED TO BEGIN: 10:00 a.m.
TIME:

10:24 a.m.        Enter <u>initial appearance on revocation</u> before the Honorable Daneta Wollmann.

The Court notes the appearance of counsel. The defendant is present in custody.
The defendant informed of his rights, the allegations against him, and the maximum possible penalties.

A financial affidavit has been executed and filed with the Court.
The court enters an oral order appointing the federal public defender's office to represent the defendant.

Comes now, William Mexican, and enters a denial to the allegations contained in each of the amended petitions to revoke supervised release.

Ms. Petersen moves for temporary detention and transfer to the Central Division for all further proceedings.

The court enters an order of detention and transfer.

10:33 a.m.        Court is adjourned.