UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>   vs.<br><br>WILLIAM MEXICAN,<br><br>              Defendant. | 3:25-CR-30010-RAL-01<br>3:13-CR-30175-RAL-01<br><br><br>ORDER FOR TEMPORARY DETENTION AND TRANSFER |

      Defendant William Mexican appeared before the court on Wednesday, May 21, 2025, for an initial appearance on the Petition to Revoke Supervised Release. The defendant appeared in person and by his counsel, the Assistant Federal Public Defender. The United States appeared by the Assistant United States Attorney. At the hearing, the United States requested the proceedings be transferred to the Central Division and the defendant agreed. Good cause appearing, it is hereby

      ORDERED that William Mexican shall be temporarily detained in the custody of the United States Marshals Service until he appears for his future proceedings in Pierre, South Dakota.

      DATED this 21st day of May, 2025.

                                          BY THE COURT:

                                          DANETA WOLLMANN<br>
                                          United States Magistrate Judge